| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Ann Nee<br>Special Agent: Connor Hogan | | Telephone: (313) 226-9100<br>Telephone: (313) 226-6400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Ali Khalil Katato

Case No. 25-30167

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2024 thru October 31, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of a minor |
| 18 U.S.C. §§ 2422(b) and 2252A(a)(2) | Coercion and enticement of a minor and receipt of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Connor Hogan, Special Agent (USSS)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 20, 2025

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Connor Hogan, being duly sworn, do hereby state as follows:

1. I am a Special Agent with the United States Secret Service and have been so employed since 2022. Prior to becoming a Special Agent, I was a Police Officer with the Secret Service for five years. I am a graduate of two federal law enforcement academies and have received extensive training in criminal investigations and the examination of evidence. I am presently assigned to the Michigan Internet Crimes Against Children ("ICAC") Task Force, whose purpose is to investigate criminal statutes involving the sexual exploitation of children.

2. I have received training in criminal investigations. Additionally, I have participated in numerous investigations involving the receipt, possession, and distribution of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media. I have been involved with investigations regarding child pornography and the exploitation of children through the Internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

3. The facts in this Affidavit come from my personal observations, my training and experience and the training and experience of other agents, and

information obtained from other investigators and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known to me about this investigation.

4. Based on the facts below, there is probable cause that in or around May 2024, Ali Khalil KATATO (XX-XX-1995) committed violations of 18 U.S.C. §§ 2251(a) (sexual exploitation of a minor), 2422(b) (coercion and enticement of a minor), and 2252A(a)(2) (receipt of child pornography).

5. In or around June 2024, officers at a County Sheriff's Office in Iowa received information that an individual had been sending inappropriate communications via text messages from the phone number XXX-XXX-8335, and via TikTok, to Minor Victim-1 (born in 2012). The reporting party provided officers with MV-1's cell phone. Law enforcement conducted a forensic analysis of the cell phone and located the reported messages. Michigan State Police was notified of the investigation by the County Sheriff's Office in Iowa, based on communications in which the suspect stated that he was in Michigan.

6. MSP determined that the phone number XXX-XXX-8335 was associated with a CashApp Account registered to Ali Khalil KATATO, with an address in Wayne County, Michigan.

7. A search warrant was served to Verizon for subscriber information for the individual with the phone number XXX-XXX-8335 during the time frame of

2

the conversations obtained from MV-1's phone. The Verizon return showed that the subscriber was Ali KATATO.

8.  Law enforcement also located a Cyber Tip submitted by TikTok to the National Center for Missing and Exploited Children regarding a user using the same phone number as KATATO. The Cyber Tip provided that the suspect's username was Ali.khalil832.

9.  MSP obtained a copy of MV-1's phone data which contained TikTok conversations between MV-1 and the suspect, KATATO, beginning on or around May 26, 2024. KATATO initially claimed to be 15 years old, after which MV-1 claimed to be 17 years old. KATATO then admitted that he was 28 years old, which was within approximately one month of KATATO's actual age. KATATO stated that he thought MV-1 would be younger than 17 years old and that he wanted MV-1 to be younger. MV-1 then stated she was 14 years old, and KATATO subsequently stated, "I wish you were younger than 14 / 14 is still old'". KATATO then asked the minor victim about another child who followed MV-1 on TikTok, stating that the other child "Looks 11" and "She's hot and cute." MV-1 then confirmed that both MV-1 and the other child were 11 years old. KATATO then asked MV-1 for her phone number, which MV-1 provided.

10. KATATO then transitioned the conversation to text messaging, where he said his name was "Kal". He told MV-1 to call him "daddy" and began to

3

engage in sexual conversation and to instruct MV-1 to engage in sexual activity. For instance, KATATO told MV-1: "Say fuck me daddy"; "Rub your pussy"; "Show panties baby / I need to see your ass and tits"; "Say cum inside me daddy"; "Show your pussy"; and "Send nudes / Be bad / Ur making me mad tbh". KATATO also instructed MV-1 to "Turn location on".

11. During the conversation, MV-1 sent KATATO an image that appears to depict MV-1 touching her vagina with her hand. MV-1 also sent KATATO a video of herself in which she bends forward with her buttocks to the camera and spreads her buttocks apart, showing her genitalia. Based on my training and experience, these images meet the federal definition of child pornography.

12. KATATO also sent MV-1 an image of a hand holding an erect penis and a video that appeared to depict a male masturbating.

13. On or about October 31, 2024, KATATO was arrested by the Warren Police Department in connection with separate allegations that he had attempted to meet up with a 12-year-old minor for sexual activity. Upon his arrest, police seized a cell phone from KATATO. KATATO admitted that there would be child sexually abusive material on the cell phone.

14. An MSP detective reviewed the contents of KATATO's cell phone and located images that appear to be visually the same as images of MV-1 that were

4

found on MV-1's phone in the context of her conversation with KATATO, including an image that appears to depict MV-1 touching her nude vagina.

15. Based on the information contained herein, there is probable cause to believe that KATATO committed violations of 18 U.S.C. §§ 2251(a) (sexual exploitation of a minor), 2422(b) (coercion and enticement of a minor), and 2252A(a)(2) (receipt of child pornography). Accordingly, I ask the Court to issue a criminal complaint and arrest warrant for Ali Khalil KATATO.

Respectfully submitted,

*[signature]*

Connor Hogan, Special Agent
United States Secret Service

Sworn to before me and signed in my presence and/or
by reliable electronic means.

*[signature]*

Hon. Anthony P. Patti
United States Magistrate Judge

Date: March 20, 2025

5